Case 1:21-cr-00146-SEB-TAB   Document 46   Filed 07/26/24   Page 1 of 1 PageID #: 167

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Eric Brown | )<br>)<br>)<br>) Case No: 1:21CR00146-001<br>) USM No: 39905-509<br>) |
| Date of Original Judgment: 12/22/2021<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Jacob Leon<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __84 months__ months **is reduced to** __78 months*__ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

\* 18 months on Count 1, and 60 months on Count 2, to be served consecutively, for a total of 78 months.

Except as otherwise provided, all provisions of the judgment dated __12/22/2021__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 7/26/2024

*Judge's signature*: SARAH EVANS BARKER

Effective Date: ____
*(if different from order date)*

Honorable Sarah Evans Barker, U.S. District Court Judge
*Printed name and title*

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk